UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| JONATHAN BENNETT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ANTHONY BROWN, *et al.*, <br><br> Defendants. | No. 1:25-cv-02868-JMC |

## CONSENT MOTION FOR AN EXTENSION OF DEFENDANTS DISTRICT OF COLUMBIA AND BRIAN SCHWALB'S RESPONSIVE PLEADING DEADLINE

Defendants District of Columbia and Attorney General Brian Schwalb (collectively the District) move under Rule 6(b)(1)(A) for an extension of their responsive pleading deadline. The District's responsive pleading deadline is currently October 14, 2025. The District requests that the deadline be extended to November 18, 2025. Plaintiffs consent.

Date: October 14, 2025

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Matthew R. Blecher*
MATTHEW R. BLECHER [1012957]
Chief, Civil Litigation Division, Equity Section

*/s/ Honey Morton*
HONEY MORTON [1019878]
Assistant Chief, Equity Section

*/s/ Charles P. Lane*
CHARLES P. LANE [31136]

Assistant Attorney General
Civil Litigation Division
400 6th Street, NW
Washington, D.C. 20001
Phone: (202) 957-2862
Email: charles.lane1@dc.gov

*Counsel for Defendant District of Columbia
and Brian Schwalb*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| **JONATHAN BENNETT**, *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **ANTHONY BROWN**, *et al.*, <br><br> **Defendants.** | No. 1:25-cv-02868-JMC |

### MEMORANDUM IN SUPPORT OF CONSENT MOTION FOR AN EXTENSION OF DEFENDANTS DISTRICT OF COLUMBIA AND BRIAN SCHWALB'S RESPONSIVE PLEADING DEADLINE

The District move under Rule 6(b)(1)(A) for an extension of its responsive pleading deadline. The District's responsive pleading deadline is currently October 14, 2025. The District requests that the deadline be extended to November 18, 2025.

This Court may extend an existing deadline on a showing of good cause. Fed. R. Civ. P. 6(b)(1)(A). Good cause exists here because not all Defendants have been served yet. An extension will allow the other Defendants to be served, all Defendants to confer on their responsive pleadings, and alignment of responsive pleading deadlines. The Complaint brings claims arising from a lawsuit involving Plaintiffs, the District, the Maryland Attorney General's Office, and Everytown Law. Accordingly, before preparing a responsive pleading or moving to dismiss, the District must confer with its codefendants. Such conferral is necessary to determine, among other things, whether any joint defenses exist and whether Defendants will need to coordinate their defenses in any way. However, only the District has been served. Accordingly, a five-week extension should allow enough time for the other Defendants to be served and all

Defendants to confer and propose a schedule for further proceedings in which Defendants' responsive pleading deadlines are aligned.

If, however, the District must respond now to the Complaint weeks before the other Defendants, then the District faces clear prejudice because it will be forced to mount defenses and take positions without coordination with its codefendants. Several rounds of motion-to-dismiss briefing at different times also creates inefficiencies for the Parties and Court. It will be more efficient and effective for Defendants to file their motions to dismiss together on the same day, and then the opposition and reply deadlines can also line up.

Finally, the Office of the Attorney General is currently experiencing a heavy caseload, and the undersigned was only recently assigned to this case. So, even if the Court is not amenable to the full requested extension, some extension is still necessary to allow counsel to prepare an adequate responsive pleading, which counsel is unable to do by the current deadline.

Pursuant to Local Rule 105(9), the District conferred with Plaintiffs, and Plaintiffs consent to the requested extension.

Date: October 14, 2025

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Matthew R. Blecher*
MATTHEW R. BLECHER [1012957]
Chief, Civil Litigation Division, Equity Section

*/s/ Honey Morton*
HONEY MORTON [1019878]
Assistant Chief, Equity Section

*/s/ Charles P. Lane*

2

                                CHARLES P. LANE [31136]
                                Assistant Attorney General
                                Civil Litigation Division
                                400 6th Street, NW
                                Washington, D.C. 20001
                                Phone: (202) 957-2862
                                Email: charles.lane1@dc.gov

                                *Counsel for Defendant District of Columbia and Brian Schwalb*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# Northern Division

| | |
|---|---|
| **JONATHAN BENNETT**, *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **ANTHONY BROWN**, *et al.*, <br><br> **Defendants.** | No. 1:25-cv-02868-JMC |

## ORDER

Upon consideration of the Consent Motion for an Extension of Defendant District of Columbia and Brian Schwalb's Responsive Pleading Deadline (Motion), Plaintiffs' consent, and the entire record, it is:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Defendants District of Columbia and Brian Schwalb shall respond to Plaintiffs' Complaint no later than November 18, 2025.

**SO ORDERED**.

Date: _____

                                                    Hon. J. Mark Coulson
                                                    United States Magistrate Judge